FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

99 APR 13 AM 9:15

U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED

APR 13 1999

| | |
|---|---|
| REX PAUL BEAVER, | ) |
| Plaintiff, | ) |
| vs. | ) CV 99-C-0153-W |
| GLADYS RIDDLE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 22, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b)(1). The plaintiff filed objections to the report and recommendation on March 29, 1999.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DATED this 12th day of April, 1999.

U. W. CLEMON
UNITED STATES DISTRICT JUDGE